# JOHN J. TALTON, CHAPTER 13 TRUSTEE

Payee: Clerk of the Court

Check #.: **1061872**
Date: 03/20/2014

Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0920001 | 00002 | RANDALL LEE CLAITOR & ANGELA JONA CLAI | 65901 / 304553 | 0.00 | 990.72 | 106.32 | 1,097.04 |
| | | Original Check written to: | | | | | |
| | | CITIFINANCIAL AUTO CREDIT, INC. | | | | | |
| | | P.O. BOX 182287 | | | | | |
| | | COLUMBUS, OH,   43218 | | | | | |
| 0920001 | 00008 | RANDALL LEE CLAITOR & ANGELA JONA CLAI | 2318 | 0.00 | 136.18 | 9.64 | 145.82 |
| | | Original Check written to: | | | | | |
| | | LEGACY AG CREDIT ACA | | | | | |
| | | C/O WENDY HUNT, VICE PRESIDENT | | | | | |
| | | PO BOX 955 | | | | | |
| | | GILMER, TX,   75644-0955 | | | | | |
| 1120094 | 00029 | WILLIAM THOMAS WEAVER, SR. & SANDRA W | 6081 | 3,027.77 | 1,586.53 | 0.00 | 1,586.53 |
| | | Original Check written to: | | | | | |
| | | JAMES B NUTTER | | | | | |
| | | 4153 BROADWAY | | | | | |
| | | KANSAS CITY, MO,   64111 | | | | | |
| 1120104 | 00002 | BRANDON DYE & SUSAN DYE | 0133 | 0.00 | 3,709.60 | 0.00 | 3,709.60 |
| | | Original Check written to: | | | | | |
| | | ONEWEST BANK, FSB | | | | | |
| | | 6900 BEATRICE DRIVE | | | | | |
| | | KALAMAZOO, MI,   49009 | | | | | |
| 1260305 | 00001 | THOMAS N. ENGLAND | | 2,529.91 | 1,816.71 | 0.00 | 1,816.71 |
| | | Original Check written to: | | | | | |
| | | COMPTROLLER OF PUBLIC ACCOUNTS | | | | | |
| | | C/O OFFICE OF THE ATTORNEY GENERAL | | | | | |
| | | PO BOX 12548 | | | | | |
| | | AUSTIN, TX,   78711 | | | | | |
| 1310452 | 00002 | NERON PAUL HINTON, JR. & DEBORAH WILKII | | 0.00 | 0.00 | 53.40 | 53.40 |
| | | Original Check written to: | | | | | |
| | | DAYTON I S D | | | | | |
| | | P O BOX 457 | | | | | |
| | | DAYTON, TX,   77535 | | | | | |
| 1310452 | 00004 | NERON PAUL HINTON, JR. & DEBORAH WILKII | | 0.00 | 0.00 | 1.58 | 1.58 |
| | | Original Check written to: | | | | | |
| | | LIBERTY COUNTY | | | | | |
| | | PO BOX 1810 | | | | | |
| | | LIBERTY, TX,   77575 | | | | | |
| | | **TOTALS** | | **5,557.68** | **8,239.74** | **170.94** | **8,410.68** |